# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO-22-5168-GF-JTJ |
|---|---|
| **Plaintiff,** | VIOLATION:<br>E1384497<br>Location Code: M13 |
| vs. | |
| FOX RENT-A-CAR INC., | ORDER |
| **Defendant.** | |

Based upon the motion of the United States and for good cause appearing,

**IT IS HEREBY ORDERED** that the citation is **DISMISSED**.

**IT IS FURTHER ORDERED** that the initial appearance recently

rescheduled for February 9, 2023, is **VACATED**.

DATED this 8th day of December, 2022.

John Johnston
United States Magistrate Judge